## In re: FEDERAL GRAND JURY PROCEEDINGS.

No. 07–1041.

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2007.

Decided: July 12, 2007.

Patrick J. Hanley, Covington, Kentucky; Sean C.E. McDonough, Hudgins Law Firm, Alexandria, Virginia, for Appellant. Chuck Rosenberg, United States Attorney, Thomas H. McQuillan, Assistant United States Attorney, Olivia Hussey, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

This is an appeal from the district court's order granting the Government's motion to compel compliance with the subpoena duces tecum and denying Intervenor–Appellant's motion to quash grand jury subpoenas. Finding no abuse of discretion, we affirm.

---

* To the extent Tucker complains of delay in a recently filed habeas petition, we find there has been no undue delay.

We find the district court did not abuse its discretion in finding that the Government made a prima facie showing that the crime-fraud exception applied and that the defendant waived in part the attorney-client privilege. *In re Grand Jury Proceedings #5 Empanelled January 28, 2004,* 401 F.3d 247, 254 (4th Cir.2005) (stating standard of review).

Accordingly, we affirm the district court's order granting the Government's motion to compel compliance with the subpoena duces tecum and denying Intervenor–Appellant's motion to quash grand jury subpoenas. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*